IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERTON GEORGE YAHN,<br><br>    Plaintiff,<br><br>vs.<br><br>FRANCISCO RIVERA,<br><br>    Defendants.<br>_____/ | 1:13-cv-01241-DLB (PC)<br><br>**ORDER TRANSFERRING CASE TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA** |

    Plaintiff, a civil detainee proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with a request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

    In his complaint, plaintiff alleges violations of his civil rights by defendants. The alleged violations took place in Lake County, which is part of the United States District Court for the Northern District of California. Therefore, the complaint should have been filed in the Northern District of California.

    Pursuant to Local Rule 3-120(b), a civil action which has not been commenced in the proper court may, on the court's own motion, be transferred to the proper court. Therefore, this action will be transferred to the United States District Court for the Northern District of California. This court will not rule on plaintiff's request to proceed in forma pauperis.

1 | Good cause appearing, IT IS HEREBY ORDERED that:

2 | 1. This action is transferred to the United States District Court for the Northern District of
3 | California; and

4 | 2. All future filings shall be filed in the United States District Court for the Northern District
5 | of California.

6 | 3. This court has not ruled on plaintiff's request to proceed in forma pauperis.

IT IS SO ORDERED.

**Dated:   August 12, 2013**                          **/s/ Dennis L. Beck**
                                                     UNITED STATES MAGISTRATE JUDGE